**WORTHE HANSON WORTHE & KASKIW LLP**
400 N Tustin Avenue, Suite 263
Santa Ana, CA 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
tworthe@whwkllp.com
gkaskiw@whwkllp.com
Todd C. Worthe, Esq., (SBN 177452)
Gene K. Kaskiw, Esq., (SBN 351070)

Mark Holscher, P.C. (SBN 139582)
David I. Horowitz, P.C. (SBN 248414)
Email: mholscher@kirkland.com
Email: dhorowitz@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (213) 808-8074

Attorneys for Defendants, LOS PALOS STREET OPERATING, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ORTEGATI, INC., A California corporation, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINEAGE LOGISTICS, LLC; CHILL BUILD LOS ANGELES I, LLC; LOS PALOS STREET OPERATING, LLC; ALTUS POWER, INC.; PEARCE SERVICES LLC; and DOES 1 through 20,<br><br>Defendants. | USDC Case No.:<br>[LASC Case No. 26STCV19901]<br><br>**DEFENDANT LOS PALOS STREET OPERATING, LLC'S NOTICE OF RELATED CIVIL CASES AND PENDENCY OF OTHER ACTIONS (L.R. 83-1.3 AND 83-1.4)**<br><br>Complaint Filed: June 23, 2026 |

1

**JURISDICTION** of this Court is invoked on the basis of 28 U.S.C. §§ 1332, 1441, and 1453.

Pursuant to Local Civil Rules 83-1.3 and 83-1.4, Defendant LOS PALOS STREET OPERATING, LLC, hereby identifies the following Other Actions, each arising from the same underlying incident and in which LOS PALOS STREET OPERATING, LLC is a party.

Each of the following actions is related because they each arise out of a fire that broke out on or about June 17, 2026, at a cold-storage warehouse in Boyle Heights, contain substantially the same parties (both putative classes and defendants), allege similar causes of action, will require the determination of similar questions of law or fact. The first matter listed below is pending in this District. The remaining actions are currently pending in the Superior Court for the State of California, Los Angeles.

1.   *Meraz et al v. Lineage Logistics Holdings, LLC et al.,* Case No. 2:2026-cv-07375, filed on July 7, 2026 in the United States District Court for the Central District of California, Western Division. For the reasons described above, Los Palos submits that this matter qualifies as a "Related Case" under L.R. 83-1.3.

| Parties | Counsel |
|---|---|
| *Plaintiffs*<br>Daniel Meraz, Eric Ashcraft and SoulMex, LLC | Michelle M. Verkoski, Esq.<br>McCune Law Group, APC<br>3281 E Guasti Rd, Ste 100<br>Ontario, CA 91761-7656<br>Phone: 909-557-1250<br>Fax: 909-557-1275<br>Email: mmv@mccunelawgroup.com |
| *Defendant*<br>Los Palos Street Operating, LLC | Todd C. Worthe, Esq.,<br>Gene K. Kaskiw, Esq.,<br>WORTHE HANSON WORTHE & KASKIW LLP<br>400 N Tustin Avenue, Suite 263<br>Santa Ana, CA 92705<br>Telephone: (714) 285-9600<br>Facsimile: (714) 285-9700 |

| | |
|---|---|
| | Email: tworthe@whwkllp.com<br>Email: gkaskiw@whwkllp.com<br><br>Mark Holscher, P.C. (SBN 139582)<br>David I. Horowitz, P.C. (SBN 248414)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br>Facsimile: (213) 808-8074<br>Email: mholscher@kirkland.com<br>Email: dhorowitz@kirkland.com |

2.    *Jane Doe 1, et al.. v. Pearce Services, LLC., et al.,* Case No. 2:26-cv-08097, removed July 23, 2026, to the United State District Court for the Central District of California, Western Division*; originally* Case No. 26STCV19901, filed on June 23, 2026 in the Superior Court of California, Los Angeles County, Central District.   For the reasons described above, Los Palos submits that this matter qualifies as a "Related Case" under L.R. 83-1.3.

| Parties | Counsel |
|---|---|
| *Plaintiffs*<br>JANE DOE 1, an individual, JANE DOE 2, an individual, JANE DOE 3, an individual, JANE DOE 4, an individual, JOHN DOE 1, an individual, JOHN DOE 2, an individual, JOHN DOE 3, LLC, a California limited liability company, JOHN DOE 4, an individual, and JOHN DOE 5, an individual, on behalf of themselves and all others similarly situated, | Jonathan P. LaCour, Esq.,<br>Lisa Noveck, Esq.<br>Amanda M. Thompson, Esq.,<br>Ben Twisk, Esq.,<br>Win Injury & Accident Trial Lawyers,<br>1 S. Fair Oak Ave., Ste. 200<br>Pasadena, CA 91105<br>Telephone: (310) 853-3461<br>Facsimile: (949) 743-5442<br>Email: jonathanl@pierrelacour.com<br>Email: lisan@pierrelacour.com<br>Email: amandat@pierrelacour.com<br>Email: bent@pierrelacour.com |
| *Defendant*<br>Los Palos Street Operating, LLC | Todd C. Worthe, Esq.,<br>Gene K. Kaskiw, Esq.,<br>WORTHE HANSON WORTHE & KASKIW LLP<br>400 N Tustin Avenue, Suite 263<br>Santa Ana, CA 92705<br>Telephone: (714) 285-9600 |

DEFENDANT LOS PALOS STREET OPERATING, LLC'S NOTICE OF RELATED CIVIL CASES
AND PENDENCY OF OTHER ACTIONS (L.R. 83-1.3 AND 83-1.4)

Facsimile: (714) 285-9700
Email: tworthe@whwkllp.com
Email: gkaskiw@whwkllp.com

Mark Holscher, P.C. (SBN 139582)
David I. Horowitz, P.C. (SBN 248414)
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (213) 808-8074
Email: mholscher@kirkland.com
Email: dhorowitz@kirkland.com

3.    *Hernandez v. Lineage, Inc. d/b/a Lineage Logistics, LLC, et al,* Case No. 26STCV19775, filed on June 22, 2026 in the Superior Court of California, Los Angeles County, Central District.

| Parties | Counsel |
|---|---|
| *Plaintiff*<br>Ruben Hernandez, individually and on behalf of all others similarly situated | Tina Wolfson, Esq.<br>Robert R. Ahdoot, Esq.<br>Theodore Maya, Esq.<br>Lisa Cintron, Esq.<br>AHDOOT & WOLFSON, PC<br>2600 W. Olive Ave., Suite 500<br>Burbank, California 91505<br>(310) 474-9111 (telephone)<br>(310) 474-8585 (facsimile)<br>Email: twolfson@ahdootwolfson.com<br>Email: rahdoot@ahdootwolfson.com<br>Email: tmaya@ahdootwolfson.com<br>Email: lcintron@ahdootwolfson.com |
| *Defendant*<br>Los Palos Street Operating, LLC | Todd C. Worthe, Esq.,<br>Gene K. Kaskiw, Esq.,<br>WORTHE HANSON WORTHE & KASKIW LLP<br>400 N Tustin Avenue, Suite 263<br>Santa Ana, CA 92705<br>Telephone: (714) 285-9600<br>Facsimile: (714) 285-9700<br>Email: tworthe@whwkllp.com<br>Email: gkaskiw@whwkllp.com |

DEFENDANT LOS PALOS STREET OPERATING, LLC'S NOTICE OF RELATED CIVIL CASES
AND PENDENCY OF OTHER ACTIONS (L.R. 83-1.3 AND 83-1.4)

| | Mark Holscher, P.C. (SBN 139582) David I. Horowitz, P.C. (SBN 248414) KIRKLAND & ELLIS LLP 2049 Century Park East, 38th Floor Los Angeles, CA 90067 Telephone: (310) 552-4200 Facsimile: (213) 808-8074 Email: mholscher@kirkland.com Email: dhorowitz@kirkland.com |
|---|---|

4.    *Eric Lara, et al. v. Lineage Logistics, LLC, et al.,* Case No. 26STCV23152, filed on July 23, 2026, in the Superior Court of California, Los Angeles County, Central District.

| Parties | Counsel |
|---|---|
| *Plaintiff* ERIC LARA, individually and on behalf of all others similarly situated | Caleb Marker, Esq. Nare Kupelian ZIMMERMAN REED LLP 6420 Wilshire Blvd., Ste. 1080 Los Angeles, CA 90048 Telephone: (877) 500-8780 Facsimile: (877) 500-8781  Molly Billion, Esq. 80 S 8th Street, 1100 IDS Center Minneapolis, MN 55402 Telephone: (612) 341-0400 |
| *Defendant* Los Palos Street Operating, LLC | Todd C. Worthe, Esq., Gene K. Kaskiw, Esq., WORTHE HANSON WORTHE & KASKIW LLP 400 N Tustin Avenue, Suite 263 Santa Ana, CA 92705 Telephone: (714) 285-9600 Facsimile: (714) 285-9700 Email: tworthe@whwkllp.com Email: gkaskiw@whwkllp.com  Mark Holscher, P.C. (SBN 139582) David I. Horowitz, P.C. (SBN 248414) KIRKLAND & ELLIS LLP |

5

| | 2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br>Facsimile: (213) 808-8074<br>Email: mholscher@kirkland.com<br>Email: dhorowitz@kirkland.com |
|---|---|

DATED: July 27, 2026

**WORTHE HANSON WORTHE & KASKIW, LLP**

By: */s/ Todd C. Worthe*

TODD C. WORTHE, ESQ.
GENE K. KASKIW, ESQ.
Attorneys for Defendant, LOS PALOS STREET OPERATING, LLC

6

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                               ) ss
COUNTY OF LOS ANGELES          )

At the time of service I was over 18 years of age and not a party to this action. My business address is 400 N. Tustin Ave., Ste. 263, Santa Ana, California, 92705.

On July 27, 2026, I served the following documents: **DEFENDANT LOS PALOS STREET OPERATING, LLC'S NOTICE OF RELATED CIVIL CASES AND PENDENCY OF OTHER ACTIONS (L.R. 83-1.3 AND 83-1.4)** on all interested parties in said action by:

☐ **BY PERSONAL SERVICE.** I personally delivered the documents to the person(s) at the address(es) listed on the attached service list. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed on the attached service list and (1) deposited the sealed envelope with the United States Postal Service, with the postage fully prepared, or (2) placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY THE E.C.F. SYSTEM** as follows:

☐ **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ **BY ELECTRONIC SERVICE.** I caused the documents to be sent to the person(s) at the electronic service addresses listed on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
GINA M. FISHER

- 1 -

PROOF OF SERVICE

- 2 -

PROOF OF SERVICE

**SERVICE LIST**

*Ortegati v. Lineage, Inc., et al.*
USDC Case No. Unassigned
Los Angeles Superior Court Case No. 26STCV19901


Anthony W.  Trujillo, Esq.
Trujillo & Winnick LLP
6080 Center Drive, Ste. 600
Los Angeles, CA 90045
(310) 210-9302 Office
(310) 921-5656 Fax
E-Mail: at@tru-win.com
**ATTORNEYS FOR PLAINTIFF**

Mark Holscher, P.C.
David I. Horowitz, P.C.
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (213) 808-8074
Emails: mholscher@kirkland.com; dhorowitz@kirkland.com
**Co-Counsel for Defendants, LOS PALOS STREET OPERATING, LLC**

- 3 -

PROOF OF SERVICE